UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEVIN MICHAEL RYAN,

                    Plaintiff,

    v.

HANSEN, et al.,

                    Defendants.

CASE NO. C19-0753-MJP-MAT

ORDER GRANTING MOTION TO FILE AMENDED COMPLAINT

Plaintiff, proceeding pro se and *in forma pauperis* in this civil rights action, filed a Motion to Amend, accompanied by a proposed amended complaint. (Dkt. 23.) The proposed amended complaint provides new information and documents and omits four individuals – Snohomish County Jail corrections deputies Miller, Downing, Anstett, and Blankenship – as defendants. Defendants did not respond to the motion. The Court, having reviewed the motion and proposed amended complaint, hereby ORDERS as follows:

    (1)    Federal Rule of Civil Procedure 15 provides that the Court "should freely give leave [to amend a pleading] when justice so requires." Fed. R. Civ. P. 15 (a). Leave to amend may be denied where there is undue delay, bad faith or dilatory motive, undue prejudice to the opposing

ORDER
PAGE - 1

party, or when the amendment would be futile. *See Foman v. Davis*, 371 U.S. 178, 182 (1962). The Court here finds no basis for denying the unopposed motion to amend. Accordingly, plaintiff's Motion to Amend (Dkt. 23) is GRANTED. The Clerk is directed to terminate Miller, Downing, Anstett, and Blankenship as defendants and to lodge the Amended Complaint (Dkt. 23-1) on the docket.

(2)  The Clerk is further directed to send a copy of this Order to the parties and to the Honorable Marsha J. Pechman.

DATED this 14th day of November, 2019.

Mary Alice Theiler
United States Magistrate Judge